**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| Kelly Pinn<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Greenstar Power LLC et al<br>　　　　　　Defendants. | Case No. 1:24-cv-00066<br><br>**JURY TRIAL DEMANDED** |

**ENTRY OF APPEARANCE**

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this January 22, 2024.

　　　　　　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　　　　　　Andrew Roman Perrong (W.D. Tex. # 333687)
　　　　　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　　　　　　　　　a@perronglaw.com


　　　　　　　　　　　　　　　　*Attorney for Plaintiff*


**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

January 22, 2024

　　　　　　　　　　　　　　　　*/s/ Andrew Roman Perrong*