# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **KELLY PINN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** | ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff* | | |
| v. | | Civil Action No. 1:24-CV-00066 |
| **GREENSTAR POWER LLC AND JOHN DOE LEAD GENERATOR IDENTIFIED AS ZEN ENERGY** | | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Rudy Limas, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 5, 2024, at 3:21 pm. I delivered these documents to Greenstar Power LLC in Williamson County, TX on February 8, 2024 at 2:30 pm at 4000 Sunrise Rd, Bldg 1 Ste 1100, Round Rock, TX 78665 by leaving the following documents with Regina Bauman who as President is authorized by appointment or by law to receive service of process for Greenstar Power LLC.

Summons, Complaint, and Civil Cover Sheet

White Female, est. age 55-64, glasses: Y, White hair, 120 lbs to 140 lbs, Unknown.
Geolocation of Serve: https://google.com/maps?q=30.5566465203,-97.6791495738
Photograph: See Exhibit 1

My name is Rudy Limas, my date of birth is 6/19/1991, and my address is 1903 Oxford Blvd, Round Rock, TX 78664, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in  Williamson County  ,  TX  on  2/8/2024  .

/s/ *Rudy Limas*

Rudy Limas
+1 (512) 676-1325
Certification Number: PSC-18670
Expiration Date: 11/30/2024

