IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Kelly Pinn, individually and on behalf all other similarly situated, <br> Plaintiff, <br><br> v. <br><br><br> Greenstar Power LLC and John Doe, Lead Generator Identified as Zen Energy <br> Defendants. | § § § § § § § § § § § | 1:24-cv-00066-RP |

## ORDER

Defendant Wal-Mart Stores Texas, LLC filed a complaint on January 22 2024. (Dkt. 1). Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District **Judge Robert Pitman's** form on or before **May 17, 2024**.

**SIGNED** on May 3, 2024

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE