AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

### Western District of Texas

| | |
|---|---|
| Kelly Pinn, | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   1:24-cv-00066 |
| Greenstar Power LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Greenstar Power LLC                                                      .

Date:      05/22/2024

/s/ Benjamin D. Williams
*Attorney's signature*

Benjamin D. Williams , TX Bar No. 24072517
*Printed name and bar number*
Watstein Terepka, LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318

*Address*

bwilliams@wtlaw.com
*E-mail address*

404-779-5189
*Telephone number*

*FAX number*

**Print**      **Save As...**                                                      **Reset**

## **Certificate of Service**

I hereby certify that on the 22nd day of May 2024, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Benjamin D. Williams*
Benjamin D. Williams
