IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Kelly Pinn<br><br>Plaintiff,<br>v.<br><br>Greenstar Power LLC et al<br><br>Defendants. | Case No. 1:24-cv-00066<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the plaintiff and Greenstar Power LLC have tentatively reached a settlement in this matter and hope to file a notice of dismissal or motion to amend the complaint within 60 days.

Dated: June 4, 2024

/s/ Anthony I. Paronich
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*

1