IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KELLY PINN, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:24-CV-66-RP |
| GREENSTAR POWER LLC et al., | § § § | |
| Defendants. | § § | |

## ORDER

On June 4, 2024, Plaintiff filed a notice of settlement indicating that the parties had reached a settlement and would file a dismissal of the action upon completion of the settlement documents. (Dkt. 16). Plaintiff stated that they anticipated filing a stipulation of dismissal within 60 days of the notice of settlement. (*Id.*). Since this date, the parties have not filed dismissal papers nor any other filing in this case.

Accordingly, the parties are **ORDERED** to file dismissal papers or a joint status report on the settlement discussions on or before **August 19, 2024**.

**SIGNED** on August 5, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE