IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Kelly Pinn<br><br>Plaintiff,<br>v.<br><br>Greenstar Power LLC et al<br>Defendants. | Case No. 1:24-cv-00066 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Greenstar Power LLC file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims by the Plaintiff and Greenstar Power LLC, with each side to pay their own attorneys fees and costs. However, the Plaintiff is still seeking to amend her complaint to add a different defendant, as articulated in her prior motion. (ECF No. 18 & 18-1).

Plaintiff,
By Counsel,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Pro Hac Vice*

Counsel for the Defendant,

*/s/ Benjamin David Williams*
Benjamin David Williams
Watstein Terepka LLP
1055 Howell Mill Road, 8th Floor
Atlanta, GA 30318
404-779-5189
Email: bwilliams@wtlaw.com