IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KELLY PINN, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:24-CV-66-RP |
| GREENSTAR POWER LLC, et al., | § § § | |
| Defendants. | § § | |

### ORDER

On August 19, 2024, Plaintiff Kelly Pinn ("Plaintiff") and Defendant Greenstar Power LLC ("Greenstar Power") dismissed with prejudice all claims asserted by Plaintiff against Greenstar Power in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 19). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, **IT IS ORDERED** that Greenstar Power is **TERMINATED** as a party in this case.

**SIGNED** on August 26, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE