IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KELLY PINN, individually and on behalf of all others similarly situated, | § | NO. 1:24-CV-00066-DAE |
| *Plaintiff*, | § | |
| vs. | § | |
| BRND BLDRS LLC, et al., | § | |
| *Defendants*. | § | |

ORDER FOR STATUS REPORT

Before the Court is the status of the above-captioned case. Plaintiff filed her Class Action Complaint (Dkt. #1) on January 22, 2024. Thereafter, Defendant Greenstar Power LLC answered and was ultimately terminated from the case pursuant to a settlement with Plaintiff. (See Dkts. ## 10, 16, 19, 22.) On August 26, 2024, Plaintiff filed her First Amended Class Action Complaint against Defendants BRND Bldrs, LLC, and its owner Jared Buldoc. (Dkt. # 21.) Summons was issued as to those Defendants on August 27, 2024. (Dkt. # 23.) Most recently, the case was reassigned from United States District Judge to the undersigned on November 7, 2024. (Dkt. # 24.)

Having received no further updates from either party in the above-captioned case, the Court **ORDERS** that **Plaintiff file a status report to apprise the Court of how she intends to proceed on or before December 10, 2026.**

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, October 26, 2026.

David Alan Ezra
Senior United States District Judge