**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AT AUSTIN**

**KELLY PINN,** individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

**BRND BLDRS LLC, et al.,**

*Defendant.*

Case No. 1:24-CV-00066-DAE

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Kelly Pinn, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully notifies the Court that the Plaintiff voluntarily dismisses her individual claims against Defendants without prejudice, with each party to bear its own fees and costs.

Dated: November 2, 2026

Respectfully Submitted,

*/s/ Andrew Perrong*
Andrew Perrong
Email: a@perronglaw.com
PERRONG LAW, LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date.

November 2, 2026

*<u>/s/ Andrew Perrong</u>*
Andrew Perrong
Email: a@perronglaw.com
PERRONG LAW, LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529