IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KELLY PINN, individually and behalf of all others similarly situated | § | |
| *Plaintiff*, | § | No. 1:24-CV-00066-DAE |
| v. | § | |
| BRND BLDRS LLC, et al., | § | |
| *Defendants*. | § | |

ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed on November 2, 2026. (Dkt. # 26.) The filing informs the Court that pursuant to Rule 41(a)(1)(A)(i), Plaintiff seeks to dismiss her individual claims for relief against Defendants Brnd Bldrs LLC and Jared Bolduc (collectively, "Defendants") without prejudice. (Id.)

The Court notes that although Plaintiff's First Amended Complaint asserted allegations on behalf of a proposed nationwide class, no class has been certified in this case under Rule 23. (See Dkt. # 21.) Pursuant to Plaintiff's filing, the Court hereby **ORDERS** that the case against Defendants be **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and fees. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, November 3, 2026.

David Alan Ezra
Senior United States District Judge